**Garrett L. BROWN, Plaintiff–Appellant,**

v.

**PREMIER CHEMICALS, LLC, Defendant–Appellee.**

No. 10–17497.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 17, 2012.

Filed May 1, 2012.

Brian Morris, Reno, NV, for Plaintiff–Appellant.

---

Christina F. Gomez, Holland & Hart, LLP, Denver, CO, Anthony Lucas Hall, Esquire, Dora Lane, Esquire, Holland & Hart LLP, Reno, NV, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, McKEOWN and N.R. SMITH, Circuit Judges.

MEMORANDUM *

1. The district court granted summary judgment in error, because a genuine issue of fact exists as to whether the August 2 Family Medical Leave Act (FMLA) certification form was sufficient under 29 C.F.R. § 825.306.

2. Because the district court did not address whether Brown qualified for FMLA leave, we remand this case to the district court to make that determination in the first instance.

**REVERSED and REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.